

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2016

No. 04-15-00663-CV

Theresa Fay **JERRY**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY** and Robert Valdespino as Trustee, Et al.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05864
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file a reply brief is granted. We order appellant's reply brief due on June 10, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court